And you're splitting your time equally, is that right? Pretty much. Yep. Okay. Go ahead. Ma'am, please report. Objections to my briefings. I'm not going to repeat myself. It's a lost calculation. I'm not going to repeat myself. I'm not going to repeat myself. I'm not going to repeat myself. .
judges: Thomas, Nguyen, Amon